## WATSON *v.* WILLIAMS.

ATKINSON, J.  It appearing that an employer had discharged an employee and tendered him his wages up to the date of his discharge, and requested him to sign a receipt in full for the wages then due, and that the latter refused to sign such receipt, upon a suit to recover such wages the employee is not entitled to recover attorney's fees upon the ground that the defendant was "stubbornly litigious."  Direction is given that the attorney's fees be written off the judgment and it stand affirmed.  It is further directed that the defendant in error in this court pay the costs which have accrued since the date of the judgment in the court below.

*Judgment affirmed, with direction.  All the Justices concurring.*

Argued October 27, — Decided November 26, 1897.

Certiorari.  Before Judge Sweat.  Ware superior court. July 30, 1897.

*C. C. Thomas,* for plaintiff in error.
*Toomer & Reynolds,* contra.

---

## TURNER *v.* CRAWFORD *et al.*

ATKINSON, J.  This case falls within the general rule heretofore recognized by this court, that the judgment of the trial judge in granting or refusing an injunction, where the evidence and the equities are conflicting, will not be controlled, unless the same has been manifestly abused.

*Judgment affirmed.  All the Justices concurring.*

Submitted October 18, — Decided November 27, 1897.

Petition for injunction.  Before Judge Butt.  Marion county.  July 31, 1897.

*Blandford & Grimes,* for plaintiff.
*Miller & Miller* and *W. D. Crawford,* for defendants.